

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-21-00216-CR

John David **BABYAK**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR9102
Honorable Melisa C. Skinner, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED June 29, 2022.

_____
Rebeca C. Martinez, Chief Justice